IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE CLEVELAND PHILLIPS [GP-2410] | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| D SAVEN, et al. | : | NO.  11-7573 |

## ORDER

AND NOW, this  /8th  day of  June  , 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

*No objections having been filed,*

1.  The Report and Recommendation is **APPROVED AND ADOPTED**.

2.  The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED AS TIME BARRED**, under 28 U.S.C. §2244(d)(1).

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.